UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CHARLES ANTHONY STEWART, JR.,**

Plaintiff,

v.

CASE NO. 3:09-cv-429-J-25MCR

**J.P. MORGAN CHASE**, et al.,

Defendants.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 18) recommending that this case be dismissed for failure to prosecute. Plaintiff previously has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. No objections have been filed.

Upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's review of the record, the Court finds that the Report and Recommendation should be adopted. Accordingly, it is,

**ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation (Dkt. 18) is adopted and incorporated by reference in this Order.

2. This action is **DISMISSED for lack of prosecution.**

3. The Clerk is directed to terminate all pending motions and to close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 25 day of October, 2009.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
*Pro se* Plaintiff